AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CAPITOL SPECIALTY INSURANCE COMPANY, a Wisconsin corporation,

*Plaintiff*

v.

GILLESPIE HOMES, INC., a Washington corporation; CINDY PENTURF and RUSS PENTURF, wife and husband and the marital community comprised thereof,

*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2025

SEAN F. McAVOY, CLERK

Civil Action No.  4:24-cv-05052-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 8) is GRANTED.
Plaintiff has no duty to defend or indemnify Defendant Gillespie Homes, Inc. in the separate action brought by Cindy Penturf and Russ Penturf against Gillespie Homes, Inc. under the Policy issued by Plaintiff to Defendant Gillespie Homes, Inc.
Judgment entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date: 7/14/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams