FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE COMPANY, a Wisconsin corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>GILLESPIE HOMES, INC., a Washington corporation; CINDY PENTURF and RUSS PENTURF, wife and husband and the marital community comprised thereof,<br><br>                          Defendants. | NO. 4:24-CV-5052-TOR<br><br>ORDER GRANTING STIPULATED MOTION AND ORDER OF DISMISSAL |

BEFORE THE COURT is the Parties' Stipulated Motion and Order of Dismissal. ECF No. 24. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

The Parties hereby stipulate through their respective counsel and jointly move that the Court's July 14, 2025, summary judgment order (ECF No. 22) and

ORDER GRANTING STIPULATED MOTION AND ORDER OF
DISMISSAL ~ 1

the resulting judgments (ECF No. 23) shall be vacated and that all claims in this action are dismissed with prejudice and without an award of costs or fees to either party.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion and Order of Dismissal, ECF No. 24, is **GRANTED**.

2. The Judgment entered in this action on July 14, 2025, ECF No. 23, is **VACATED**.

3. Pursuant to the Parties stipulation, all claims asserted in this action are hereby **DISMISSED** with prejudice and without an award of costs or fees to either party.

The District Court Executive is directed to enter this Order, enter judgment of Dismissal with Prejudice, furnish copies to counsel, and **reclose** the file.

DATED September 8, 2025.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION AND ORDER OF DISMISSAL ~ 2