AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2025

SEAN F. McAVOY, CLERK</span>

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE COMPANY, a Wisconsin corporation, | ) |
| _Plaintiff_ | ) |
| v. | ) |
| GILLESPIE HOMES, INC., a Washington corporation; CINDY PENTURF and RUSS PENTURF, wife and husband and the marital community comprised thereof, | ) |
| _Defendant_ | ) |

Civil Action No.   4:24-CV-5052-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ _____ .

☑  other:  The Parties' Stipulated Motion and Order of Dismissal, ECF No. 24, is GRANTED.
The Judgment entered in this action on July 14, 2025, ECF No. 23, is VACATED.
Pursuant to the Parties stipulation, all claims asserted in this action are hereby DISMISSED with prejudice and without an award of costs or fees to either party.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Thomas O. Rice _____

Date:  9/8/2025 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lee Reams _____
_(By) Deputy Clerk_

Lee Reams _____